# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DERRICK FONTROY, )
)
    Plaintiff, )
) Civil Action No. 09-303 Erie
v. )
)
CAPTAIN TURNER, et al., )
)
    Defendants. )

## MEMORANDUM ORDER

AND NOW, this 22nd day of December, 2010;

Upon consideration of the Plaintiff, Derrick Fontroy's Appeal of the Magistrate Judge's oral order, entered on the record on October 22, 2010, [Doc. No. 35], denying his Motion for Independent Physical Examination [Doc. No. 12],

IT IS HEREBY ORDERED that the Appeal [Doc. No. 24] is DENIED.

                              s/ Sean J. McLaughlin
                                  United States District Judge

cm:    All parties of record
        Susan Paradise Baxter, U.S. Magistrate Judge